United States District Court
For the Northern District of California

1
2
3
4
5
6                  IN THE UNITED STATES DISTRICT COURT
7
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   ALLEGHENY CASUALTY COMPANY,
10              Plaintiff,                        No. C 13-00697 JSW
11      v.
12   LEGG INC., ET AL.,                           **ORDER TO SHOW CAUSE RE**
                                                  **FAILURE TO PROSECUTE**
13              Defendants.
                                            /
14
15          By order dated August 6, 2013, this Court set the case management conference for
16   November 15, 2013, and required personal appearances by parties and counsel.  On Friday,
17   November 15, 2013, this Court held the initial case management conference in this matter.
18   Plaintiff did not appear.
19          Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing as to why
20   this case should not be dismissed for failure to prosecute.  Plaintiff's response to this Order to
21   Show Cause shall be due by November 29, 2013.  Failure to respond to this Order shall result in
22   dismissal of this matter without prejudice.
23          **IT IS SO ORDERED.**
24
25   Dated:  November 15, 2013                    _____
26                                                JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE
27
28