IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALLEGHENY CASUALTY COMPANY,

    Plaintiff,

    v.

LEGG INC., ET AL.,

    Defendants.

No. C 13-00697 JSW

**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

By order dated August 6, 2013, this Court set the case management conference for November 15, 2013, and required personal appearances by parties and counsel. On Friday, November 15, 2013, this Court held the initial case management conference in this matter. Plaintiff did not appear.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing as to why this case should not be dismissed for failure to prosecute. Plaintiff's response to this Order to Show Cause shall be due by November 29, 2013. Failure to respond to this Order shall result in dismissal of this matter without prejudice.

**IT IS SO ORDERED.**

Dated: November 15, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE