ANDREW VAN ORNUM (Bar No. 214040)
VARELA, LEE, METZ & GUARINO, LLP
333 Bush Street, Suite 1500
San Francisco, CA 94104
Telephone: 415-623-7000
Facsimile: 415-623-7001
Emails: avanornum@vlmglaw.com

Attorneys for Plaintiff
ALLEGHENY CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| ALLEGHENY CASUALTY COMPANY, a Pennsylvania Corporation,<br><br>Plaintiff,<br>v.<br><br>LEGG, INC., a California corporation; ROBERT LEGG, an individual; SHEILA LEGG, an individual, LEONARD D'ORAZIO, an individual and trustee of The D'Orazio Family Trust, CHRISTINE D'ORAZIO, an individual and trustee of The D'Orazio Family Trust, and THE D'ORAZIO FAMILY TRUST dated October 14, 2008,<br><br>Defendants. | Case No. 4:13-CV-00697 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST FOR DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE |

Based upon Plaintiff Allegheny Casualty Company's Status Report Regarding Request for Dismissal Without Prejudice of the Action, filed herein as Document 57 on December 5, 2014, and good cause appearing therefor, IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed, without prejudice.

**IT IS SO ORDERED.**

Dated: December 11, 2014

_____
Hon. Jeffrey S. White
DISTRICT COURT JUDGE

- 1 -